## Geib v. Lebanon Valley Savings & Loan Assn., Appellant.

Argued April 10, 1923. Appeal, No. 221, Jan. T., 1923, by defendant, from order of C. P. Lebanon Co., Sept. T., 1922, No. 134, dismissing appeal to open judgment, in case of Abraham Geib v. Lebanon Valley Savings & Loan Association.

OPINION BY MR. JUSTICE WALLING, May 7, 1923:

This is similar to the case of Krall against the same defendant, filed herewith; for, while here the petition to open the judgment suggests payment of the claim, appellant's counsel at bar admitted that in fact it had not been paid.

For reasons stated in the Krall case the assignments of error are overruled and the order refusing to open the judgment is affirmed.